FILED

1   *Name:* RYAN ABAIR

2   *Address:* 23967 GUAJOME

3   ROAD APPLE VALLEY CA, 92307

4   *Phone:* 442-230-9438

5   Plaintiff In Pro Per

2024 NOV 22 PM 3: 24

6

7                **UNITED STATES DISTRICT COURT**

8                **CENTRAL DISTRICT OF CALIFORNIA**

9                   ED CV 24 - 02507-KK (SP<sub>x</sub>)

10  RYAN ABAIR               ,    ) **Case No.:**
                                          (To be supplied by the Clerk)

11        **PLAINTIFF,**              ) **COMPLAINT FOR:**

12        **vs.**                     ) Personal Injury,

13  HOME DEPOT                  ) no regard for the

14  _____        ) human life. Reopen

15  _____        ) case. AND RESOLVE

16  _____        ) ASAP.

17  _____        ) **Jury Trial Demanded**

18        **DEFENDANT(S).**          )

19                                   )

20

21              ┌─────────────────────────┐
                │   **I. JURISDICTION**   │
                └─────────────────────────┘

22     1.  This Court has jurisdiction under _____

23  _____

24  _____

25  _____

26  _____

27  _____

28  _____

## II. VENUE

2. Venue is proper pursuant to be compensated for my injuries I've sustained. Preserve evidence. Due to the unique circumstances in need of intervention and mediation. To assist me from their manipulation, and discouragement.

## III. PARTIES

3. Plaintiff's name is RYAN ABAIR . Plaintiff resides at: _____

4. Defendant HOME DEPOT

5. Defendant _____

# IV. STATEMENT OF FACTS

*Insert ¶ #* . I got injured been given the runaround recurring treatment. Every doctor I went to seek treatment from had different diagnosis. My attorney at the time towards the end withdrew on me last minute leaving me with nowhere to turn. Every avenue drug out the process. The judge allowed him to withdraw, told me via mail that case

*Insert ¶ #* . would be dismissed forcing me to seek council I couldn't find. Mac Donald & cody was untruthful about my compliance. Which I do not owe. I have proof that I filled out the paperwork. They relentlessly denied they recieved it. And got case dismissed. along with the new law firm that stepped in last minute.

*Insert ¶ #* . this month which is November sent one emais, and paperwork without the questionaire but declaration papers also being untruthful. It is not my duty to transfer paperwork. Basically permanent disfigurement without compensation.

1

2

3

| V. **CAUSES OF ACTION** |

4

5

| **FIRST CAUSE OF ACTION** |

6

( Subpoena video from incident )

*insert title of cause of action*

7

**(As against Defendant(s):** Home Depot

8

_____ )

9

10

*Insert ¶ #*

11

12

13

14

15

16

17

*Insert ¶ #*

18

19

20

21

22

23

*Insert ¶ #*

24

25

26

27

28

Pro Se Clinic Form                    *Page Number*

## SECOND CAUSE OF ACTION

( Default Judgement )
*insert title of cause of action*

**(As against Defendant(s):** Home Depot
)

Insert ¶ #    Tired of the runaround I need compensation for my injuries. Since they are urgent to leave me handicap without compensation or medical care it would be the best remedy

Insert ¶ #

Insert ¶ #

## THIRD CAUSE OF ACTION

( Justice )

*insert title of cause of action*

**(As against Defendant(s):** Home Depot )

*Insert ¶ #*  I want justice in a minimal amount of time. If courts are willing. Also seal the record.

*Insert ¶ #*

*Insert ¶ #*

Dear Judicial Commission: A Call for Justice and Integrity

As I sit down to write this, it is with a profound sense of urgency that I address the systemic failures I have encountered within our judicial system. I never imagined that I would find myself compelled to appeal to the very institution designed to protect my rights. My experience has been a journey marked not just by a catastrophic injury but by a disturbing chain of events that have stripped away my dignity and tested my resolve. I write this letter not only for myself but in the hope of safeguarding others from a similar fate.

From the onset, the court proceedings have been tainted by what I can only describe as unethical, malicious conduct. The level of disrespect I endured from the presiding judge is both alarming and disgraceful. This individual has allowed personal biases and a shocking indifference to human suffering to overshadow their judicial responsibilities. Instead of upholding justice, they have perpetuated a culture of disdain towards those of us seeking redress for our pain and suffering.

In my case, a severe and life-altering cervical spine injury, the judge's actions appeared orchestrated to sabotage the very foundation of my legal defense. For instance, my attorney—who had reassured me of his commitment to my case—abruptly withdrew just two months before the trial. This left me in a precarious position, forcing me into the chaotic world of self-representation at an entirely inappropriate juncture. The court conducted proceedings without my presence or consent, treating my fundamental rights as if they were mere formalities, easily overlooked for convenience's sake.

I've seen firsthand how a judicial system can morph from a bastion of justice into a circus of incompetence and cruelty. During my experience in pro se proceedings, the hostility I faced was palpable. I felt as though every move I made was scrutinized, every attempt to defend myself dismissed with cruelty. It was as if I had not only suffered a debilitating injury but was also being judged for my very existence. I am not a criminal; I am a victim. Yet, the treatment I received was reminiscent of a defendant being scolded in a courtroom for a crime they did not commit.

It pains me to realize that in a system meant to uphold moral and ethical standards, actions reminiscent of bullying transpire within the very walls where justice is supposed to be served. My rights were disregarded, my dignity stripped away, all while the judge and other court personnel engaged in a grotesque display of arrogance and insensitivity. They seemed to revel in the power they held, completely oblivious to the real-life consequences of their actions.

This should serve as a wake-up call for the community. The judicial system must be held accountable for the suffering it sometimes inflicts. Every day, countless victims of serious injuries or injustices find themselves fighting a dual battle: the fight for recovery and the fight against a system that seems indifferent, if not outright hostile, to their plight. When the judicial body fails to protect the vulnerable, it erodes public trust and confidence in the very fabric of our society.

Faced with this distressing situation, I am determined to take action. I will not allow an inhumane judicial experience to defeat me or compromise my rights. My intention is to file a motion to reopen my case, to request a change of venue, or to seek a different judge altogether. I am prepared to pursue every possible avenue to ensure that justice prevails, not just for me but for all those who find themselves in similar unenviable circumstances.

I believe it is crucial for the public to recognize the grave implications of ignoring such misconduct. If the actions of the judge in my case are seen as acceptable, then we pave the way for continued injustices and suffering. By speaking out and seeking to rectify these wrongs, I hope to shed light on the urgent need for reform within our judicial infrastructure.

In conclusion, I call upon the Judicial Commission to intervene in this matter. I urge you to assess the egregious conduct present in this case, to hold accountable those who abuse their power, and to restore faith in a judicial system that should champion justice and equity. It is time to stand up to the corrupt practices that allow individuals like me to be treated not just as cases, but as less than human. Together, we can ensure that the walls of justice reverberate with the voices of the silenced, and that our courts reflect the integrity and respect humanity deserves. The path to justice may be paved with difficulties, but I am steadfast in my resolve to navigate it with unwavering determination. Transparency, integrity, and compassion must prevail. Let us collectively push for a judicial system that lives up to its ideals.

Sincerely

Ryan Abair